**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

**DANIEL S. PARKER**  TELEPHONE: (212) 239-9777
MICHAEL CARMODY  FACSIMILE: (212) 239-9175
CHRISTINA S. COOPER  DanielParker@aol.com

November 2, 2022

**By ECF and email**
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. James Green**
**18 Cr 44 (PKC)**

Dear Judge Castel:

    I write on behalf of James Green requesting that the Court grant him permission to travel to Antigua to attend a wedding of his "God-brother" from December 1 through December 8, 2022. I have conferred with Probation Officer Sonales Gonzalez and AUSA Jordan Estes and both of them do not object to this request.

    Mr. Green has been on supervised release since 2019.

    If this request meets with the Court's approval, then I respectfully request that you "So Order" this letter.

Application Granted.
SO ORDERED.
Dated: 11/3/2022

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Respectfully submitted,

*Daniel S. Parker*
Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
917-670-7622
DanielParker@aol.com

Cc: all parties (By ECF and email)